# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 18, 2002

**Before**

**Hon.** JOEL M. FLAUM, *Chief Judge*

**Hon.** DANIEL A. MANION, *Circuit Judge*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| LISA WORTH,<br><br>    *Plaintiff-Appellee*,<br><br>**No.** 00-2414<br><br>    **v.**<br><br>ROBERT H. TYER II, UNITED STATES TITLE & ABSTRACT COMPANY, GRUNDY COUNTY TITLE & ABSTRACT, INC., CONSOLIDATED TITLE SERVICES COMPANY OF ILLINOIS, OGLE COUNTY TITLE & ABSTRACT COMPANY II, TITLE EXPRESS COMPANY, LTD, and GRUNDY COUNTY TITLE & ABSTRACT COMPANY II,<br><br>    *Defendants-Appellants*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 96 C 3539<br><br>Blanche M. Manning, *Judge* |

## O R D E R

The slip opinion issued in the above-entitled cause on December 27, 2001, is amended as follows:

Page 15, line 3, "assets" should be "asserts";

Page 20, line 2, "asserts" should be "assert"; and

Page 23, line 4 of the first full paragraph, "was not credible" should be "was not a credible".